Argued August 15, affirmed August 29, 1977

In the Matter of the Marriage of
CLEM, *Appellant,*
*and*
CLEM, *Respondent.*
(No. 31019, CA 8277)

567 P2d 1093

Frederick L. Decker, Albany, argued the cause for appellent. With him on the brief was Goode, Goode, Decker & Hinson, P.C., Albany.

Henry R. Dickerson, Jr., Corvallis, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *McCoy and McCoy,* 28 Or App 919, 562 P2d 207, 29 Or App 287, 563 P2d 738 (1977); *Kitson and Kitson,* 17 Or App 648, 523 P2d 575, Sup Ct *review denied* (1974). No costs to either party.